IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADELINA B WILLIAMS and ANTHONY L WILLIAMS,

    Appellants,

    v

CREDITOR MARTHA G BRONITSKY,

    Appellee.

No   C 08-80156 MISC

ORDER

On April 15, 2008 the bankruptcy court entered an order dismissing appellants' Chapter 13 case. Doc #1 at 1. Appellants filed a notice of appeal on April 29, 2008, which was forwarded to the United States Bankruptcy Appellate Panel of the Ninth Circuit and assigned BAP No NC-08-1117. Doc #1 at 1. The notice of appeal included a motion for leave to proceed in forma pauperis under 28 USC § 1915(a). Doc #1 at 1-2. Because the bankruptcy appellate panel has no authority to grant in forma pauperis motions, the motion was transferred to this court for the limited purpose of ruling on the in forma pauperis motion. Doc #1 at 2.

For good cause shown, appellants' motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge